# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE FRATER, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEMISPHERX BIOPHARMA, INC., WILLIAM A. CARTER, DAVID STRAYER, and WAYNE PAMBIANCHI,<br><br>Defendants. | 2:12-cv-07152-WY |

## ORDER

**AND NOW**, this 23rd day of January, 2014, upon consideration of Defendants' Motion to Dismiss the Consolidated Amended Complaint (Document No. 40), plaintiffs' response and defendants' reply, **IT IS HEREBY ORDERED** that defendants' motion is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are directed to confer pursuant to Fed. R. Civ. P. 26(f) and file with the court within twenty days of the date hereof a written report outlining their joint proposed discovery plan, or, if there is none, their individual requests concerning a discovery plan.

        /s William H. Yohn Jr.
        William H. Yohn Jr., Judge