

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE A. FRATER *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED* | : CIVIL ACTION : : : : |
| vs. | : : |
| HEMISPHERX BIOPHARMA, INC., ET AL. | : : NO. 12cv7152 |

**FILED**
MAR 18 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 17th day of March, 2015, **IT IS HEREBY ORDERED** that oral argument on whether the court should sign the proposed order preliminarily approving the settlement, directing the issuance of notice and scheduling a final approval hearing, and the facts supporting such preliminary approval is scheduled for **March 30, 2015 at 2:00 p.m. in Courtroom 14-B**.

_____
William H. Yohn Jr., Judge

3/19/15 mail:
Silverman

ENTERED
MAR 19 2015
CLERK OF COURT