IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE A. FRATER | : CIVIL ACTION |
| *INDIVIDUALLY AND ON BEHALF OF* | : |
| *ALL OTHERS SIMILARLY SITUATED* | : |
| | : |
| vs. | : |
| | : |
| HEMISPHERX BIOPHARMA, INC., | : |
| ET AL. | : NO. 12cv7152 |

O R D E R

**AND NOW**, this 23rd day of March, 2015, due to the unavailability of counsel for the defendants, **IT IS HEREBY ORDERED** that the oral argument on the pending motion for preliminary approval of class action settlement scheduled for March 30, 2015 is **CONTINUED** until **April 2, 2015 at 9:30 a.m. in Courtroom 14-B**.

                                                                             s/William H. Yohn Jr.
                                                                             William H. Yohn Jr., Judge