**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEPHANIE A. FRATER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEMISPHERX BIOPHARMA, INC., WILLIAM A. CARTER, DAVID STRAYER and WAYNE PAMBIANCHI,<br><br>Defendants. | CASE NO. 2:12-CV-07152 WY<br><br>CLASS ACTION<br><br>Hon. William H. Yohn, Jr.<br><br>**July 22, 2015 Hearing Date** |

**MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT AND PLAN OF ALLOCATION**

**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2503
Facsimile: 215-751-2205

**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Lead and Proposed Class Counsel*

In accordance with this Court's Order of April 8, 2015 (Dkt. No. 93), Lead Plaintiff Member and Class Representative Marc Verheyen ("Lead Plaintiff"), individually and on behalf of all others similarly situated, and by his undersigned counsel, moves this Court for final approval of the proposed settlement of this securities class action on his claims that Defendants Hemispherx Biopharma, Inc., certain of its corporate officers, and a company affiliate violated Section 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. In support of this motion, Lead Plaintiff relies upon his contemporaneously-filed Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Lead Plaintiff respectfully request that the Court grant Final Approval of the proposed Stipulation of Settlement and Plan of Allocation; certify the Settlement Class; and enter the accompanying [Proposed] Order of Final Approval submitted herewith.

Dated: June 30, 2015

Respectfully submitted,

/s/ *Ira Neil Richards*
Ira Neil Richards (PA # 50879)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2503
Facsimile: 215-751-2205

**POMERANTZ LLP**
Patrick V. Dahlstrom, *pro hac vice*
Joshua B. Silverman, *pro hac vice*
Louis C. Ludwig, *pro hac vice*
Mark B. Goldstein, *pro hac vice*
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

**POMERANTZ LLP**
Marc I. Gross
Jeremy A. Lieberman
600 3rd Avenue, 20th Floor

New York, NY 10016
Telephone: 212-661-1100
Facsimile: 212-661-8665

***Lead and Proposed Class Counsel***