# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE A. FRATER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEMISPHERX BIOPHARMA, INC., WILLIAM A. CARTER, DAVID STRAYER and WAYNE PAMBIANCHI,<br><br>Defendants. | CASE NO. 2:12-CV-07152 WY<br><br>CLASS ACTION<br><br>Hon. William H. Yohn, Jr.<br><br>**July 22, 2015 Hearing Date** |

## MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND REIMBURSEMENT AWARD TO LEAD PLAINTIFF MARC VERHEYEN

**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone: 215-751-2503
Facsimile: 215-751-2205

**POMERANTZ LLP**
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Lead and Proposed Class Counsel*

Pursuant to Fed. R. Civ. P. 23(h) and Fed. R. Civ. P. 54(d)(2), and in accordance with this Court's Order of April 8, 2015 (Dkt. No. 93), Lead Plaintiff Member and Class Representative Marc Verheyen ("Lead Plaintiff"), individually and on behalf of all others similarly situated, and his undersigned counsel move this Court for their reasonable and negotiated attorneys' fees in the total amount of $825,000.00, reimbursement of Lead Counsel Pomerantz LLP and Liaison Counsel Schnader Harrison Segal & Lewis LLP (formerly of Trujillo, Rodriguez and Richards LLC) their expenses in the total amount of $90,493.00, and an award of $380.80 to compensate Lead Plaintiff for his unreimbursed costs and expenses.

As support for their Motion, Lead Plaintiff and Lead Counsel rely upon their contemporaneously-filed Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Lead Plaintiffs respectfully request that the Court grant their instant Motion for Award of Attorneys' Fees and Expenses and Reimbursement Award to Lead Plaintiff Marc Verheyen.

Dated:  June 30, 2015                                  Respectfully submitted,


/s/ *Ira Neil Richards*
Ira Neil Richards (PA # 50879)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
Telephone:  215-751-2503
Facsimile:  215-751-2205

**POMERANTZ LLP**
Patrick V. Dahlstrom, *pro hac vice*
Joshua B. Silverman, *pro hac vice*
Louis C. Ludwig, *pro hac vice*
Mark B. Goldstein, *pro hac vice*
10 South LaSalle Street, Suite 3505
Chicago, IL 60603

2

        Telephone:  312-377-1181
        Facsimile:  312-377-1184

**POMERANTZ LLP**
Marc I. Gross
Jeremy A. Lieberman
600 3rd Avenue, 20th Floor
New York, NY 10016
Telephone:  212-661-1100
Facsimile:  212-661-8665

*Lead and Proposed Class Counsel*