UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE A. FRATER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEMISPHERX BIOPHARMA, INC., WILLIAM A. CARTER, DAVID STRAYER and WAYNE PAMBIANCHI, <br><br> Defendants. | CASE NO. 2:12-CV-07152 WY <br><br> CLASS ACTION <br><br> Hon. William H. Yohn, Jr. <br><br> **July 22, 2015 Hearing Date** |

**ORDER**

AND NOW, this 22 day of July 2015, upon consideration of Lead Plaintiff and Lead Counsel's Motion for Award of Attorneys' Fees and Expenses and Reimbursement Award to Lead Plaintiff Marc Verheyen submitted in conjunction with Lead Plaintiff's Motion for Final Approval of The Proposed Settlement and Plan of Allocation, it is hereby ORDERED that the motion is GRANTED in accordance with the Order and Final Judgment entered herewith.

*Handed out in court to counsel Silverman Richards Hickock Rainville Francheski*

BY THE COURT.

_____
Hon. William H. Yohn, Jr.
United States District Judge